### HARMON *v.* THE STATE.

LUMPKIN, P. J.　The sole question presented here being whether the evidence was sufficient to identify the accused as the perpetrator of the offense, and there being positive testimony warranting a finding that he was the guilty party, it does not appear that the court abused its discretion in denying a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued March 19,—Decided April 4, 1900.

Indictment for robbery.　Before Judge Candler.　Fulton superior court.　September term, 1899.

*R. R. Shropshire,* for plaintiff in error.
*C. D. Hill, solicitor-general,* contra.

---

### SOUTH *v.* THE STATE.

COBB, J.　This case involves no new question of law, and the evidence fully warranted the verdict. *Judgment affirmed. All the Justices concurring.*

Argued March 19,—Decided April 4, 1900.

Indictment for car-breaking.　Before Judge Candler.　Fulton superior court.　September term, 1899.

*B. C. Burkhart, S. C. Crane,* and *James K. Hines,* for plaintiff in error.　*C. D. Hill, solicitor-general,* contra.